08 CV 03188

JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAR 31 2008
U.S.D.C. S.D.N.Y.
CASHIERS

VERIDEX LLC

Plaintiff

-v-

IMMUNICON CORPORATION

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Veridex LLC _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Johnson & Johnson

Date: March 31, 2008

Signature of Attorney

Attorney Bar Code: JW-3252

Form Rule7_1.pdf SDNY Web 10/2007