# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CIV 03188 (RWS)　　　　　　　　　　　　　　　　Date Filed: _____

Petitioner:
In the Matter of the Arbitration Between VERIDEX LLC,

vs.

Respondent:
IMMUNICON CORPORATION,

For:
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York, NY 10036-6710

Received these papers to be served on IMMUNICON CORPORATION located at 3401 Masons Mill Road, Suite 100, Huntingdon Valley, Pa. 19006.

I, Eric M. Afflerbach, being duly sworn, depose and say that on the 4th day of April, 2008 at 11:25 am, I:

Served the above named Entity by delivering a true copy of the Notice of Petition to Confirm Arbitration Award With Annexed Petition, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge Robert W. Sweet, Individual Practices of Magistrate Judge Eaton, ECF Procedures/Instructions to Joseph Aceto, Attorney, as authorized to accept on behalf of the above named Entity.

Description of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 200, Hair: Gray, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 8th day of April, 2008 by the affiant who is personally known to me.

Eric M. Afflerbach
Process Server

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TERESA A. MINZOLA, Notary Public
Washington Twp., Berks County
My Commission Expires December 5, 2009

Our Job Serial Number: 2008001393
Ref: 08 Civ 3188

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.3j