USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

VERIDEX LLC,

              Plaintiff,        08 Civ. 3188 (RWS)

  - against -                    O R D E R

IMMUNICON CORPORATION,

              Defendant.

------------------------------------X

**Sweet, D.J.,**

      Plaintiff's Petition to Confirm Arbitration Award will be heard at noon on Wednesday, May 7, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**April 17, 2008**

                                            ROBERT W. SWEET
                                              U.S.D.J.