PATTERSON BELKNAP WEBB & TYLER LLP
John D. Winter
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Attorneys for Petitioner

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In the Matter of the Arbitration between                    :
VERIDEX LLC,                                                :
                                                            :
                              Petitioner,                   :   08 Civ. 03188 (RWS)
                                                            :
        - against -                                         :
                                                            :   **CONSENT ORDER**
                                                            :
IMMUNICON CORPORATION,                                      :
                                                            :
                              Respondent.                   :
                                                            :
------------------------------------------------------------X

With the consent of counsel for the undersigned parties, it is hereby ordered as follows:

1.  The March 3, 2008 Decision and Award of Arbitrator Roy L. Reardon, Esq., is confirmed in all respects; and

2.  Within seven (7) business days after the date of this Consent Order, if Respondent does not deliver to Petitioner the amount of $307,236.28, plus an additional $74.96 in interest for each calendar day after April 15 that Respondent does not pay such amount to Petitioner, then Petitioner can file and then execute on the Judgment in the form annexed hereto as Exhibit A.

3. At the time Respondent pays Petitioner all amounts due it pursuant to this Consent Order, Petitioner shall deliver to Respondent a duly executed and acknowledged satisfaction of payment or satisfaction of judgment as may be appropriate.

Dated: New York, New York
April 17, 2008

CONSENTED TO BY:

_____
John D. Winter
PATTERSON, BELKNAP, WEBB & TYLER LLP
Attorneys for Petitioner Veridex LLC
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

_____
John A. Wait
FOX ROTHSCHILD LLP
Attorneys for Respondent Immunicon Corporation
100 Park Avenue
New York, NY 10017
(212) 878-7900

SO ORDERED:

_____
ROBERT W. SWEET
U.S.D.J.   4-21-08

2