# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

May 6, 2008

John D. Winter
Partner
(212) 336-2836
Direct Fax (212) 336-2369
jwinter@pbwt.com



RECEIVED MAY 1 2 2008 JUDGE SWEET CHAMBERS

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
Room 410
Foley Square
New York, NY 10007

Re:   **Veridex LLC v. Immunicon Corp., 08 Civ. 03188 (RWS)**

Dear Judge Sweet:

Pursuant to the Consent Order entered on April 22, 2008, funds have been paid to petitioner, who believes this matter now should be closed.

At the suggestion of your Chambers, we ask that this letter be "So Ordered."

Respectfully submitted,

John D. Winter

cc:   John A. Wait, Esq.

So ordered
Sweet
USDJ
5.12.08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08